DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALAN GOLDFARB, P.A.,**
Appellant,

v.

**FLOYD BROWN,** as Personal Representative of the Estate of **CAROLE N. BROWN,**
Appellee.

No. 4D18-3741

[September 19, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan R. Lubitz, Judge; L.T. Case No. 502016CA008514.

Joel S. Perwin of Joel S. Perwin, P.A., Miami, for appellant.

Joseph P. Discepola of Freedland Harwin Valori, PLLC, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH and KUNTZ, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***